# O'BRIEN, BELLAND & BUSHINSKY, LLC

### ATTORNEYS AT LAW

**ROBERT F. O'BRIEN** (NJ, PA & DC)
**MARK E. BELLAND** (NJ & PA)
**STEVEN J. BUSHINSKY** (NJ, NY & PA)
**THOMAS F. KARPOUSIS** (NJ)
**KEVIN D. JARVIS** (NJ & NY)
**TIMOTHY P. HAGGERTY** (NJ)
**DAVID F. WATKINS, JR.** (NJ & PA)
**ANTHONY W. DESTEFANIS** (NJ)
**MATTHEW L. RAZZANO** (NJ & PA)
**W. DANIEL FEEHAN** (NJ& PA)
**MATTHEW B. MADSEN** (NJ & NY)
**DAVID H. LIPOW** (NJ& PA)
**PETER J. MOAK** (NJ & PA)
**RICHARD PLUMPTON** (NJ)

509 S. LENOLA ROAD
BUILDING 6
MOORESTOWN, NEW JERSEY 08057

(856)-795-2181
(888)-609-8300
FAX (856)-581-4214
INTERNET: WWW.OBBBLAW.COM
E-MAIL: OBBB@OBBBLAW.COM

OF COUNSEL
**CARL J. MINSTER III** (PA, NJ)
**DAVID J. J. FACCIOLO** (DE, PA)
**DAVID R. THIERMAN**® (NJ, PA & FL)
* MASTERS OF LAW IN TAXATION

-------------------------------------
**JOAN FREEDMAN MEYER** (NJ & PA)
1931-2011

February 1, 2021

**VIA ECF**

The Honorable Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> **Re:**   **Susan Bowman v. Rowan University et al.**
> **Docket No. 1:18-cv-04239**

Dear Judge Donio:

This firm represents Plaintiff Susan Bowman in the above referenced matter.  Please accept this letter as a joint request from Plaintiff and Defendants Rowan University and James Newell for a 60-day extension to the current administrative termination deadline.

On December 9, 2020, Your Honor issued an Order administratively terminating the action in 60 days, pending the parties' consummation of settlement.  The administrative termination deadline is presently set for February 7, 2021.  The parties have worked to finalize a settlement agreement but need additional time to resolve certain outstanding provisions.

Therefore, the parties respectfully request that Your Honor extend the administrative termination deadline for 60 days, which would set the administrative termination deadline for April 8, 2021.  Your Honor's consideration of this request is greatly appreciated.

Respectfully Submitted,

**O'BRIEN, BELLAND & BUSHINSKY, LLC**

*/s/ Matthew B. Madsen, Esquire*
Matthew B. Madsen, Esquire

cc: Timothy O'Brien (*via ECF and e-mail*)

So Ordered this 1st day of February 2021.

_____
ANN MARIE DONIO, U.S.M.J.