# O'BRIEN, BELLAND & BUSHINSKY, LLC

ATTORNEYS AT LAW

| | | |
|---|---|---|
| **ROBERT F. O'BRIEN** (NJ, PA & DC)<br>**MARK E. BELLAND** (NJ & PA)<br>**STEVEN J. BUSHINSKY** (NJ, NY & PA)<br>**THOMAS F. KARPOUSIS** (NJ)<br>**KEVIN D. JARVIS** (NJ & NY)<br>**TIMOTHY P. HAGGERTY** (NJ)<br>**DAVID F. WATKINS, JR.** (NJ & PA)<br>**MATTHEW L. RAZZANO** (NJ & PA)<br>**W. DANIEL FEEHAN** (NJ & PA)<br>**MATTHEW B. MADSEN** (NJ & NY)<br>**DAVID H. LIPOW** (NJ & PA)<br>**PETER J. MOAK** (NJ & PA)<br>**RICHARD PLUMPTON** (NJ)<br>**DANIEL A. HOROWITZ*** (NJ & PA)<br>*\* MASTERS OF LAW IN TAXATION* | 509 S. LENOLA ROAD<br>BUILDING 6<br>MOORESTOWN, NEW JERSEY 08057<br><br>(856)-795-2181<br>(888)-609-8300<br>FAX (856)-581-4214<br>INTERNET: WWW.OBBBLAW.COM<br>E-MAIL: OBBB@OBBBLAW.COM | OF COUNSEL<br>**CARL J. MINSTER III** (PA, NJ)<br>**DAVID J. J. FACCIOLO** (DE, PA)<br>**DAVID R. THIERMAN*** (NJ, PA & FL)<br>*\* MASTERS OF LAW IN TAXATION*<br><br>----------------------------------<br>**JOAN FREEDMAN MEYER** (NJ & PA)<br>1931-2011 |

April 1, 2021

<u>**VIA ECF**</u>
The Honorable Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   Re: **Susan Bowman v. Rowan University et al.**
     **Docket No. 1:18-cv-04239**

Dear Judge Donio:

  This firm represents Plaintiff Susan Bowman in the above referenced matter. Please accept this letter as a joint request from Plaintiff and Defendants Rowan University and James Newell for a 30-day extension to the current administrative termination deadline.

  On December 9, 2020, Your Honor issued an Order administratively terminating the action in 60 days, pending the parties' consummation of settlement. The administrative termination deadline was set for February 7, 2021, and subsequently extended until April 8, 2021. The parties have worked to finalize a settlement agreement but need additional time to resolve certain, narrow outstanding provisions.

  Therefore, the parties respectfully request that Your Honor extend the administrative termination deadline for 30 days, which would set administrative termination deadline for May 8, 2021. This is the parties' second request for an extension. Your Honor's consideration of this request is greatly appreciated.

         Respectfully Submitted,

        **O'BRIEN, BELLAND & BUSHINSKY, LLC**

        */s/ Matthew B. Madsen, Esquire*
        Matthew B. Madsen, Esquire

cc: Timothy O'Brien (*via ECF and e-mail*)

        So Ordered this 1st day of April 2021

        By:_____
          ANN MARIE DONIO, U.S.M.J.