# O'BRIEN, BELLAND & BUSHINSKY, LLC

ATTORNEYS AT LAW
509 S. LENOLA ROAD
BUILDING 6
MOORESTOWN, NEW JERSEY 08057

(856) 795-2181
(888) 609-8300
FAX (856) 581-4214
INTERNET: WWW.OBBBLAW.COM
E-MAIL: OBBB@OBBBLAW.COM

ROBERT F. O'BRIEN (NJ, PA & DC)
MARK E. BELLAND (NJ & PA)
STEVEN J. BUSHINSKY (NJ, NY & PA)
THOMAS F. KARPOUSIS (NJ)
KEVIN D. JARVIS (NJ & NY)
TIMOTHY P. HAGGERTY (NJ)
DAVID F. WATKINS, JR. (NJ & PA)
MATTHEW L. RAZZANO (NJ & PA)
W. DANIEL FEEHAN (NJ & PA)
MATTHEW B. MADSEN (NJ & NY)
DAVID H. LIPOW (NJ & PA)
PETER J. MOAK (NJ & PA)
RICHARD PLUMPTON (NJ)
DANIEL A. HOROWITZ* (NJ & PA)
*MASTERS OF LAW IN TAXATION

OF COUNSEL
CARL J. MINSTER III (PA, NJ)
DAVID J. J. FACCIOLO (DE, PA)
DAVID R. THIERMAN* (NJ, PA & FL)
* MASTERS OF LAW IN TAXATION

---

JOAN FREEDMAN MEYER (NJ & PA)
1931-2011

EMAIL: mmadsen@obbblaw.com

June 4, 2021

**VIA ECF**
The Honorable Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: **Susan Bowman v. Rowan University et al.**
    **Docket No. 1:18-cv-04239**

Dear Judge Donio:

  This firm represents Plaintiff Susan Bowman in the above referenced matter. Please accept this letter as a joint request from Plaintiff and Defendants Rowan University and James Newell for a 14-day extension to the current administrative termination deadline.

  On December 9, 2020, Your Honor issued an Order administratively terminating the action in 60 days, pending the parties' consummation of settlement. The administrative termination deadline was set for February 7, 2021, and subsequently extended until June 5, 2021. The parties have reached a settlement but need additional time to finalize certain, narrow language and execute the settlement agreement.

  Therefore, the parties respectfully request that Your Honor extend the administrative termination deadline for 14 days, which would set administrative termination deadline for June 19, 2021. This is the parties' fifth request for an extension. Your Honor's consideration of this request is greatly appreciated.

          Respectfully Submitted,

        **O'BRIEN, BELLAND & BUSHINSKY, LLC**

         */s/ Matthew B. Madsen, Esquire*
         Matthew B. Madsen, Esquire

cc: Timothy O'Brien (*via ECF and e-mail*)