UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SUSAN BOWMAN  :

    Plaintiff,

    vs.  :  Civil No.   18-4239 (NLH/AMD)

:

**ORDER OF DISMISSAL**

:

ROWAN UNIVERSITY

    Defendants.

:

-----------------------------------------------------

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

    **IT IS on this**  **2nd**  **day of**  **December**  , 2021

    **ORDERED** that the above case be and the same hereby is dismissed in accordance with General Rule 41.1(a), F.R.C.P., without prejudice and without cost to either party.

    s/ Noel L. Hillman

    _____
    HON. NOEL L. HILLMAN
    UNITED STATES DISTRICT JUDGE

cc:
Hon. Ann Marie Donio, USMJ